**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: | CASE NO. 25-51609 KMS |
|     Sherqutha Nicole Horn, | CHAPTER 13 |
|         DEBTOR(S). | |

| | |
|---|---|
| **Sherqutha Nicole Horn** | **Plaintiff** |
| v. | ADVERSARY NO. 25-06017 KMS |
| US Department of Education | Defendant |

**To:**   Thomas Carl Rollins, Jr., Esq.

## **NOTICE**

Notice is hereby given that a review of the above-styled adversary proceeding (the "Adversary") shows that the last action taken was on December 5, 2025.

To avoid the Adversary being dismissed for failure to prosecute, you should submit an appropriate pleading to the Clerk's office within fourteen (14) days of this notice.

Failure to comply with this notice may result in the Adversary being dismissed **without further notice**.

Dated: January 5, 2026

                                                Danny L. Miller, Clerk
                                                By: /s/ Christy Cannette
                                                           Courtroom Deputy
                                                Dan M. Russell, Jr.   U.S. Courthouse
                                                2012 15th Street, Suite 244
                                                Gulfport, MS 39501
                                                228-563-1841