UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**In Re:**

| | |
|---|---|
| **SHERQUTHA NICOLE HORN,** | Case No.:   25-51609-KMS |
| Debtor. | Chapter:   13 |

| | |
|---|---|
| **SHERQUTHA NICOLE HORN** | PLAINTIFF |
| v. | Adv. Proc. No.: 25-06017-KMS |
| **U.S. DEPARTMENT OF EDUCATION** | DEFENDANT |

**JOINT MOTION TO STAY ADVERSARY PROCEEDING**

Defendant United States of America, on behalf of the Department of Education, and Plaintiff Sherqutha Horn jointly move to stay the above-styled adversary proceeding, including the deadlines such as date for Defendant to respond to the adversary complaint.

1.  Defendant and Plaintiff are currently in discussions, in accordance with the Student Loan Discharge Guidance implemented by the Dept. of Justice in coordination with the Dept. of Education,[1] regarding the undue hardship asserted by Plaintiff.

2.  Although neither party has made guarantees or agreements regarding these settlement discussions, the discussions are being conducted with the hope of

---

[1] Available at https://www.justice.gov/ust/student-loan-guidance.

resolving, or stipulating to certain facts regarding, the Plaintiff's adversary complaint.

3. The parties both agree that such a stay is in the interest of justice and is not for purpose of delay.

4. Once the parties have concluded their discussions, the parties will notify the Court of their intent to move forward with the adversary proceeding, and, potentially, of their intent to enter a joint stipulation.

For these reasons, the United States moves the Court to stay the adversary proceeding until further notice, holding in abeyance all deadlines and scheduling conferences until the stay is lifted.

Dated: January 9, 2026. Respectfully submitted,

**U.S. DEPARTMENT OF EDUCATION,** *Defendant*

J.E. BAXTER KRUGER
*United States Attorney,*
*Southern District of Mississippi*

By: s/ James E. Graves, III
James E. Graves, III
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone: (601) 965-4480
Facsimile: (601) 965-4032
Email: James.Graves@usdoj.gov
MS Bar No. 102252

**SHERQUTHA HORN**, *Plaintiff*

By: */s/Thomas C. Rollins, Jr.* (signed w/ permission by ARN)
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC

*trollins@therollinsfirm.com*