

**SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: January 12, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**In re:**

| | |
|---|---|
| **SHERQUTHA NICOLE HORN,** | Case No.:   25-51609-KMS |
| Debtor. | Chapter:   13 |

| | |
|---|---|
| **SHERQUTHA NICOLE HORN** | **PLAINTIFF** |
| v. | Adv. Proc. No.: 25-06017-KMS |
| **U.S. DEPARTMENT OF EDUCATION** | **DEFENDANT** |

### ORDER GRANTING JOINT MOTION TO STAY ADVERSARY PROCEEDING

This motion comes before the Court on the Joint Motion to Stay Adversary Proceeding filed by the Defendant, United States of America and Plaintiff Sherqutha Horn. Having considered the motion, and finding that the parties both consent to the relief requested, the Court finds that the motion is due to be granted. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the Adversary Proceeding shall be stayed until further notice and all deadlines shall be held in abeyance until the stay is lifted.

##END OF ORDER##

Submitted By:

s/ James E. Graves, III
James E. Graves, III
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone: (601) 965-4480
Facsimile: (601) 965-4032
Email: James.Graves@usdoj.gov
MS Bar No. 102252
*Attorney for Defendant Dept. of Education*

Agreed:

*/s/ Thomas C. Rollins, Jr.* (signed w/ permission by JEG)
Thomas C. Rollins, Jr.
*Attorney for Plaintiff*